UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ALEXANDER JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05CV00025 AGF |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having been improvidently entered, this Court's Rule 16 Order, dated December 23, 2005 (Doc. #14), is hereby **VACATED**, and a Case Management Order will be issued.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 12th day of January, 2006.