UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ALEXANDER JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05CV00025 AGF |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's pro se motion for a "sua sponte" writ (Doc. #17), filed on January 17, 2006. In his motion, Plaintiff requests that a writ be issued to transfer him to this district for the Rule 16 conference originally scheduled by this Court for February 3, 2006. The Order setting the Rule 16 conference, however, was vacated by this Court on January 12, 2006 (Doc. #15), and a Case Management Order was issued setting forth the schedule for this case. (Doc. #16). As such, there is no need for Plaintiff to appear in Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's pro se motion for a writ (Doc. #17) is **DENIED as moot**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of January, 2006.