UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| CHRISTOPHER ALEXANDER JEFFERSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 2:05CV00025 AGF |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion for leave to add supplemental information to his complaint is **GRANTED.** [Doc. #21] The Court notes that no new Defendants have been named, and that the present Defendants need not file a new answer.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of March, 2006.