UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:05CV00025 AGF |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff's motion to continue his previously-scheduled deposition [Doc. #27], filed on April 10, 2006, and Plaintiff's motion to compel disclosure of discovery [Doc. #28], filed on the same day. Defendants filed an opposition to Plaintiff's motion to compel discovery, but did not respond to Plaintiff's motion to continue the deposition.

In his first motion, Plaintiff seeks to delay his deposition, previously scheduled for April 11, 2006, for two weeks, to permit him to review court filings he says he has only recently received. The Court shall assume that the deposition has not already been taken. Good cause having been shown, this motion shall be granted.

In his second motion, Plaintiff seeks to compel Defendants to respond to interrogatories and requests for admissions served on March 27, 2006. As Defendants correctly note, pursuant to Rules 33(b)(3) and 36(a) of the Federal Rules of Civil Procedure, responses to these discovery requests are not due until thirty (30) days after service. Thus, allowing time for mailing, pursuant to Rule 6(e) of the Federal Rules of Civil Procedure, Defendants' responses are not due until May 1, 2006. Plaintiff is also advised that in addition to the Federal Rules of Civil Procedure, he should familiarize himself with the Local Rules of the United States District Court for the Eastern

District of Missouri. Local Rule 3.04 requires that any party filing a motion relating to discovery first make a reasonable effort to confer with opposing counsel to attempt to resolve the dispute, and that any such motion to compel include a statement that such efforts were made and specified details regarding such conference.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Continue Depositions [Doc. #27] is **GRANTED**. Plaintiff's deposition shall be delayed until at least two weeks from the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order Compelling Disclosure or Discovery [Doc. #28] is **DENIED**.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of April, 2006.