UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER JEFFERSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 2:05CV00025 AGF |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon review of the file,

**IT IS HEREBY ORDERED** that Plaintiff's second motion [Doc. #31] for appointment of counsel is **DENIED** for the same reasons set forth in the Court's Order of October 31, 2005.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. #28] to compel discovery is **DENIED** as premature.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of April, 2006.