UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER JEFFERSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 2:05CV00025 AGF |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's motion to vacate this Court's Order granting Defendants an extension of time to file a motion for summary judgment is **DENIED**. [Doc. # 37 ]. Plaintiff is reminded that he has up to and including June 19, 2006, to respond to Defendants' motion.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of May, 2006.